

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00582-CV

**IN THE INTEREST OF C.A. AND M.A., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01957
Honorable Martha Tanner, Judge Presiding

## O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of her right to file her own brief and that he will provide her with a copy of the appellate record upon request. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); *see also In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights).

If the appellant desires to request the appellate record, she must file a letter in this court within ten days from the date of this order stating that she is requesting the record. Appellant should address this request to: Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205. If appellant desires to file a pro se brief, she must do so within twenty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the appellee may file a responsive brief no later than twenty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

This order does not affect the deadlines for filing appellee's briefs in response to the briefs filed by the other appellants.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court